IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES DESHAWN HALL,

    Plaintiff,

  v.

Case No. 17-cv-749-bbc

DEPUTY SPEARS, DEPUTY
MCCARRAGHER, DEPUTY ANDERSON,
JACOB L. ARNESON, MICHAEL J. WILK,
TIMOTHY J. FRANCIS, G. WAGNER,
ANTHONY D. ROPER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 02/08/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |