IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES D. HALL,

    Plaintiff,

v.

17-cv-749-bbc

DEPUTY SPEARS, et al.,

    Defendants.

NOTICE OF APPEAL

COMES NOW, Charles D. Hall's 'Notice of Appeal' where the District Court's decision of 2/8/2019 granted 'Summary Judgment' to the Defendants thereby dismissing Plaintiff's legitimately proven cause without proper due process consideratioon of law and facts.

Dated this 28 day of February, 2019

_____
CHARLES D. HALL
#09187-090
Pro se
FCI OXFORD
P.O. Box 1000
Oxford, WI 53952

PROOF OF SERVICE

I, Charles Hall, declare under the penalty for perjury that, upon Case No. 17-cv-749-bbc, I placed on February 28, 2019 a 'Notice of Appeal' in the FCI OXFORD mailing system with first-class postage thereon, going to Clerk of Court, U.S. Dist. Court for the Western Dist. of Wisconsin; and a copy to Defendants' Attorneys Matteo Reginato and Remzy Bitar, 730 N. Grand Avenue, Waukesha, WI 53187.

_____
CHARLES D. HALL